1  NICOLA T. HANNA
   United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   GAVIN L. GREENE (Cal. Bar No. 230807)
4  Assistant United States Attorney
         Room 7211 Federal Building
5        300 N. Los Angeles Street
         Los Angeles, California 90012
6        Telephone:  (213) 894-4600
         Facsimile:   (213) 894-0115
7        E-mail:        Gavin.Greene@usdoj.gov

8  Attorneys for the United States of America

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         WESTERN DIVISION

12

13 In re:                                Case No. CV 17-8907 CAS (AFMx)

14     1918 Dracena Dr.                  Notice of Filing the Official Record of a
       Los Angeles, CA 9027-3107         State-Court Proceeding
15
                                         Exhibits not redacted pursuant to the
16                                       state-court proceeding exception under
                                         Federal Rule of Civil Procedure 5.2(b)(3)
17

18

19

20

21

22

23

24

25

26

27

28

1  Attached are copies of the certified documents filed in the state court case of
2 In re 1918 Dracena Dr., Los Angeles, CA 9027-3107, case number BS170664.  Please be
3 advised that to the extent that Federal Rule of Civil Procedure 5.2(a) would otherwise
4 require the redaction of certain personal identifiers, this filing is excepted from that
5 requirement pursuant to Rule 5.2(b) because it is the official record of a state-court
6 proceeding.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: January 23, 2018

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for the United States of America